| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Jackson, Richard B. | 2. Court or Organization UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO | 3. Date of Report 05/07/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

US Courthouse
901 19th St
Denver CO 80294

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | PERA STATE OF COLORADO | $69,585.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | SELF-EMPLOYED TRAVEL AGENT |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/07/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | IRA #1 | | | | | | | | | |
| 2. | -VANGUARD VALUE VIPERS | B | Dividend | L | T | Sold (part) | 09/04/13 | J | C | |
| 3. | -VANGUARD FTSE ALL WORLD EX US INDEX | A | Dividend | K | T | | | | | |
| 4. | -DREYFUS BASIC S AND P 500 | A | Dividend | K | T | Buy | 09/04/13 | K | | |
| 5. | -VANGUARD EXTENDED MKT VIPERS | A | Dividend | K | T | Sold (part) | 9/04/13 | J | B | |
| 6. | -VANGUARD GROWTH VIPERS | A | Dividend | L | T | Sold (part) | 0904/13 | J | B | |
| 7. | -VANGUARD EMERGING MKTS ETF | A | Dividend | J | T | | | | | |
| 8. | -BNY MELLON MUNICIPAL OPPORTUNITIES FUND | A | Dividend | J | T | Buy (add'l) | 01/03/13 | J | | |
| 9. | -BNYMELLON NATIONAL INTERMEDIATE MUNICIPAL BOND FUND | B | Dividend | L | T | Buy (add'l) | 11/04/13 | J | | |
| 10. | -BNY MELLON NATIONAL SHORT TERM MUNICIPAL BOND FUND | A | Dividend | K | T | Buy (add'l) | 11/04/13 | J | | |
| 11. | -DREYFUS HIGH YIELD FUND | A | Dividend | J | T | Buy (add'l) | 01/03/13 | J | | |
| 12. | -DREYFUS EMERGING MKTS DEBT LOCAL CURRENCY FD | A | Dividend | J | T | Buy (add'l) | 01/03/13 | J | | |
| 13. | -TCW EMERGING MKTS INCOME FUND | A | Dividend | J | T | Buy | 01/03/13 | J | | |
| 14. | -ISHARES MSCI EAFE INDEX FD | A | Dividend | J | T | | | | | |
| 15. | -ADVANTAGE GLOBAL ALPHA FUND | A | Dividend | J | T | | | | | |
| 16. | -DFA EMERGING MARKIETS CORE EQUITY | A | Dividend | K | T | Buy | 09/04/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. -US TREASURY NOTE 07/13 | | | | | Sold | 07/31/13 | K | A | |
| 18. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 19. -FED HOME LN MTG CORP | B | Dividend | L | T | | | | | |
| 20. -FED HOME LOAN BANKS | B | Dividend | L | T | | | | | |
| 21. -US TREAS INFLATION IND BOND | | | | | Sold | 04/15/13 | L | B | |
| 22. -US TREASURY NOTE 6/2016 | B | Interest | L | T | | | | | |
| 23. -US TREASURY NOTE 12/16 | B | Interest | L | T | | | | | |
| 24. -US TREASURY NOTE 7/17 | A | Interest | L | T | | | | | |
| 25. -US TREASURY NOTE 2% 11/21 | A | Interest | L | T | Buy | 11/15/13 | L | | |
| 26. -US TREASURY NOTE 2% 2/23 | A | Interest | K | T | Buy | 02/15/13 | K | | |
| 27. -GEN ELECT CAP CPR 9/17 | A | Interest | K | T | | | | | |
| 28. -PFIZER INC | B | Interest | K | T | Sold (part) | 02/04/13 | J | A | |
| 29. -GOLDMAN SACHS GROUP INC | B | Interest | K | T | | | | | |
| 30. -AT & T INC | B | Interest | K | T | | | | | |
| 31. -AIM STIT TREASURY PORTFOLIO | A | Interest | L | T | | | | | |
| 32. -SPDR TRUST SERIES 1 | D | Dividend | M | T | | | | | |
| 33. -ISHARES TR MIDCAP | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. -SPDR DOW JONES INDUSTRIAL AVERAGE | D | Dividend | M | | | | | | |
| 35. -ISHARES MSCI EAFE INDX FUND | D | Dividend | M | T | | | | | |
| 36. -RYDEX MANAGED FUTURES STRATEGY FD | A | Dividend | K | T | | | | | |
| 37. -ISHARES RUSSELL 1000 INDEX FUND | C | Dividend | M | | | | | | |
| 38. -VANGUARD EMERGING MARKETS ETF | A | Dividend | | | Sold | 09/04/13 | K | D | |
| 39. -FED HOME LN MTG CORP | B | Dividend | M | T | | | | | |
| 40. -FED NAT MTG ASSN | B | Dividend | K | T | Sold (part) | 03/15/13 | K | A | |
| 41. -HIGHBRIDGE DYNAMIC COMM STRAT FUND 3 | A | Dividend | | | Sold | 08/13/13 | J | A | |
| 42. -US TREAS NOTE 2.125% 5/31/15 | B | Interest | L | T | | | | | |
| 43. -BEAR STEARRNS CO 4.65% 7/2/18 | B | Dividend | K | T | | | | | |
| 44. -DFA EMERGING CORE EQUITY | A | Dividend | L | T | Buy | 09/09/13 | L | | |
| 45. -DREYFUS HIGH YIELD 1 | B | Dividend | K | T | | | | | |
| 46. -DREYFUS EMERGING MKTS DEBT LOCAL | A | Dividend | K | T | | | | | |
| 47. -TCW EMERGING MARKETS INCME FUND | B | Dividend | K | T | Buy (add'l) | 01/03/13 | J | | |
| 48. -DREYFUS SELECT MGER SCAP | A | Dividend | L | T | Buy (add'l) | 11/05/13 | J | | |
| 49. -BNY MELLON INCOME STOCK FUND | C | Dividend | M | T | Buy (add'l) | 12/10/13 | J | | |
| 50. -BNY MELLONINTL EQUITY INCOME FUND | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. -BANK NY EMERGING MKTS | | | | | Sold | 01/08/13 | K | A | |
| 52. -ASG MANAGED FUTURES STRATEGY FD | A | Dividend | K | T | | | | | |
| 53. -JOHN DEERE CAPITAL CORP 2% 1/13/17X | B | Dividend | K | T | | | | | |
| 54. -AMAZON | A | Dividend | J | T | | | | | |
| 55. -AON PLC | A | Dividend | J | T | | | | | |
| 56. -BEAM INC | A | Dividend | J | T | Buy | 04/04/13 | | | |
| 57. -COVIDIEN | A | Dividend | J | T | Sold | 10/22/13 | J | B | |
| 58. -EATON CORP | A | Dividend | J | T | Sold | 04/24/13 | J | A | |
| 59. -INGERSOLL RAND PLC | A | Dividend | J | T | Buy (add'l) | 12/30/13 | J | | |
| 60. -INVESCO LTD | A | Dividend | J | T | | | | | |
| 61. -NXP SEMICONDUCTORS NV | | | | | Sold | 02/04/13 | J | B | |
| 62. -ADOBE SYSTEMS | A | Dividend | J | T | Buy | 02/04/13 | J | | |
| 63. -AT AND T INC | A | Dividend | J | T | | | | | |
| 64. -AIR PRDS AND CHEMICALS | | | | | Sold | 04/24/13 | J | A | |
| 65. -ALCATEL-LUCENT | A | Dividend | J | T | Buy | 10/01/13 | J | | |
| 66. -ALLERGAN | A | Dividend | J | T | Buy | 12/20/13 | J | | |
| 67. -AMGEN | A | Dividend | J | T | Buy | 09/16/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. -AVAGO TECH | A | Dividend | J | T | Buy | 09/20/13 | J | | |
| 69. -APPLE INC | A | Dividend | K | T | Sold (part) | 02/20/13 | J | A | |
| 70. -ACCENTURE | A | Dividend | J | T | Sold (part) | 06/06/13 | J | A | |
| 71. -ASTRAZENECA PLC | A | Interest | K | T | | | | | |
| 72. -B BAND T CORP | | | | | Sold | 04/18/13 | J | A | |
| 73. -BRISTOL MEYERS | A | Dividend | J | T | Buy | 05/24/13 | J | | |
| 74. -BROADCOM CORP | | | | | Sold | 03/22/13 | J | A | |
| 75. -CABOT OIL | A | Dividend | J | T | Buy | 12/13/13 | J | | |
| 76. -CAPITAL 1 FINANCIAL | A | Dividend | J | T | Buy | 04/15/13 | J | | |
| 77. -CARNIVAL CORP | A | Dividend | | | Sold | 06/21/13 | J | A | |
| 78. -CATERPILLAR INC | A | Dividend | J | T | | | | | |
| 79. -CATERPILLAR INC 2.6% 6/22 | A | Interest | K | T | | | | | |
| 80. -CELANESE CORP SERIES | A | Dividend | J | T | | | | | |
| 81. -CENTERPOINT ENERGY INC | A | Dividend | J | T | | | | | |
| 82. -CHEVRON CORP | A | Dividend | J | T | Sold (part) | 09/16/13 | J | A | |
| 83. -CITRIX SYSTEMS | A | Dividend | J | T | Buy | 07/10/13 | J | | |
| 84. -COCA COLACO | A | Dividend | J | T | Sold (part) | 04/04/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. -COMCAST CORP | A | Dividend | J | T | Sold (part) | 03/22/13 | J | A | |
| 86. -COSTCO | A | Dividend | J | T | | | | | |
| 87. -WALT DISNEY | A | Dividend | J | T | Sold (part) | 02/01/13 | J | B | |
| 88. -DOVER CORP | A | Dividend | J | T | | | | | |
| 89. -EMC CORP MASS | | | | | Sold | 02/07/13 | J | A | |
| 90. -EXPRESS SCRIPTS HOLDINGS INC | A | Dividend | J | T | Sold (part) | 09/16/13 | J | A | |
| 91. -EXXON MOBILCORP | A | Dividend | J | T | Sold (part) | 08/23/13 | J | A | |
| 92. -FACEBOOK INC | A | Dividend | J | T | Buy | 08/15/13 | J | | |
| 93. -FAMILY DR STORES | A | Dividend | J | T | | | | | |
| 94. -FIDELITY NATIONAL FINANCIAL | A | Dividend | J | T | Buy | 12/09/13 | J | | |
| 95. -FREEPORT MCMORAN COOPER AND GOLD | A | Dividend | J | T | | | | | |
| 96. -GENERAL ELECTRIC CO | A | Dividend | J | T | Buy (add'l) | 01/28/13 | J | | |
| 97. -GILEAD SCIENCES INC | A | Dividend | J | T | Sold (part) | 01/18/13 | J | A | |
| 98. -GOOGLE` | A | Distribution | J | T | Buy | 04/25/13 | J | | |
| 99. -HALLIBURTON CO | A | Dividend | J | T | Sold (part) | 02/13/13 | J | A | |
| 100. -HARLEY DAVIDSON | A | Distribution | J | T | Buy | 08/16/13 | J | | |
| 101. -HOME DEPOT INC | A | Dividend | J | T | Sold (part) | 08/16/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. -HONEYWELL INC | A | Dividend | J | T | | | | | |
| 103. -INTERCONTINENTAL EXCHANGE GROUP | A | Distribution | J | T | Buy | 01/17/13 | J | | |
| 104. -JP MORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 105. -JOHNSON CONTROLS IN | A | Dividend | J | T | | | | | |
| 106. KLA TENCOR | A | Distribution | J | T | Buy | 03/22/13 | J | | |
| 107. -LAS VEGAS SANDS CORP | A | Dividend | J | T | | | | | |
| 108. -LILLY ELI | | | | | Sold | 04/24/13 | J | B | |
| 109. -MARATHON OIL CORP | A | Dividend | J | T | Sold (part) | 02/20/13 | J | A | |
| 110. -MEAD JOHNSON NUTR CO | | | | | Sold | 04/04/13 | J | A | |
| 111. -METLIFE INC | A | Dividend | J | T | Buy (add'l) | 02/20/13 | J | | |
| 112. -MONDELEZ INTL | A | Dividend | J | T | | | | | |
| 113. -NATIONAL OILWELL VARCO | A | Dividend | J | T | Buy | 02/13/13 | J | | |
| 114. -NUCOR COPR | A | Dividend | J | T | Buy | 04/24/13 | J | | |
| 115. -OCCIDENTAL PETROLEUM | | | | | Sold | 03/03/13 | J | A | |
| 116. OCWEN FINANCIAL | A | Dividend | J | T | Buy | 07/25/13 | J | | |
| 117. -PNC FINANCIAL SERVICES | A | Dividend | J | T | Sold (part) | 07/25/13 | J | B | |
| 118. -PVH CORP | A | Dividend | J | T | Buy | 06/21/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119.  -PEPSICO INC | A | Dividend | J | T | Buy (add'l) | 06/04/13 | J | | |
| 120.  -PEPSICO INC 3.125% 11/20 | A | Interest | K | T | | | | | |
| 121.  -PFIZER INC | A | Dividend | J | T | | | | | |
| 122.  -PHILIP MORRIS INTL | A | Dividend | J | T | | | | | |
| 123.  -PROCTER AND GAMBLE | A | Dividend | J | T | | | | | |
| 124.  -QUALCOMM INC | | | | | Sold | 02/04/13 | J | B | |
| 125.  -SALESFORCE COM | A | Dividend | J | T | Sold (part) | 10/24/13 | J | A | |
| 126.  -SCHLUMBERGER LTD | A | Dividend | J | T | Sold (part) | 02/13/13 | J | A | |
| 127.  -SEMPRA ENERGY | A | Dividend | J | T | | | | | |
| 128.  -SERVICENOW INC | A | Dividend | J | T | Buy | 09/09/13 | J | | |
| 129.  -SHIRE PLC | A | Dividend | J | T | Buy (add'l) | 05/13/13 | J | | |
| 130.  -SOUTHWESTERN ENERGY CO | A | Dividend | J | T | Buy (add'l) | 03/20/13 | J | | |
| 131.  -STATE ST CORP | A | Dividend | J | T | | | | | |
| 132.  -TAIWAN SEMICONDUCTOR MFG CO | A | Dividend | J | T | Buy | 06/26/13 | J | | |
| 133.  -TERADATA CORP | | | | | Sold | 03/01/13 | J | A | |
| 134.  -TEVA PHARMA | A | Dividend | J | T | Buy (add'l) | 01/18/13 | J | | |
| 135.  -THE TRAVELERS COMPANIES | | | | | Sold | 05/08/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. -THERMOFISHER SCIENTIFIC | A | Dividend | J | T | Buy | 12/19/13 | J | | |
| 137. -US BANCORP | | | | | Sold | 01/17/13 | J | A | |
| 138. -IBM | A | Dividend | J | T | Sold (part) | 04/19/13 | J | A | |
| 139. -UNION PAC | A | Dividend | J | T | Sold (part) | 01/28/13 | J | A | |
| 140. -UNITED TECHNOLOGIES | A | Dividend | J | T | | | | | |
| 141. -VALERO ENERGY | A | Dividend | J | T | Sold (part) | 02/20/13 | J | A | |
| 142. -VERIZON COMM | A | Dividend | J | T | Buy (add'l) | 04/19/13 | J | | |
| 143. -VERIZON COMM INCL 3.55 11/21 | A | Interest | K | T | | | | | |
| 144. -VMWARE INC | A | Dividend | J | T | Buy | 07/29/13 | J | | |
| 145. -WATSON PHARM | | | | | Sold | 04/19/13 | J | A | |
| 146. -WELLS FARGO AND CO | A | Dividend | J | T | | | | | |
| 147. -YAHOO | A | Dividend | J | T | Sold (part) | 08/09/13 | J | A | |
| 148. -YUMI BRANDS | A | Dividend | J | T | Buy (add'l) | 02/01/13 | J | | |
| 149. 401(k) #1 | | | | | | | | | |
| 150. -PERAdvantage Income Fund | B | Dividend | K | T | | | K | | |
| 151. -PERAdvantage Fixed Income | B | Dividend | K | T | | | K | | |
| 152. -PERAdvantgage US Large Cap Stk | B | Dividend | J | T | | | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153.  -PERAdvantage Intl Stock Fd | B | Dividend | J | T | | | J | | |
| 154.  BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 155.  -CHEVRON CORP | B | Dividend | K | T | | | | | |
| 156.  -EXXON MOBIL | C | Dividend | L | T | | | | | |
| 157.  -AIR PRDTS AND CHEMICALS INC | A | Dividend | | | Sold | 04/25/13 | K | D | |
| 158.  -GENERAL ELECTRIC CO | A | Dividend | K | T | | | | | |
| 159.  -UNION PAC CORP | A | Dividend | K | T | | | | | |
| 160.  -UNITED TECHNOLOGIES CORP | A | Dividend | K | T | | | | | |
| 161.  -WALT DISNEY CO | A | Dividend | J | T | | | | | |
| 162.  -JOHNSON CTLS INC | A | Dividend | J | T | | | | | |
| 163.  -STARBUCKS CORP | B | Dividend | M | T | | | | | |
| 164.  -NESTLE S A SPONSORED ADR REPSTG REG | A | Dividend | L | T | | | | | |
| 165.  -PEPSICO INC | A | Dividend | K | T | | | | | |
| 166.  -PROCTER & GAMBLE CO | B | Dividend | K | T | | | | | |
| 167.  -JOHNSON & JOHNSON | B | Dividend | K | T | | | | | |
| 168.  -PFIZER INC | A | Dividend | J | T | | | | | |
| 169.  -AON CORP | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. -BB AND T CORP | A | Dividend | | | Sold | 04/25/13 | J | A | |
| 171. -INVESCO LTD | A | Dividend | J | T | | | | | |
| 172. -JP MORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 173. -STATE STREET CORP | A | Dividend | J | T | | | | | |
| 174. -US BANCORP | | | | | Sold | 01/18/13 | K | A | |
| 175. -WELLS FARGO AND CO | A | Dividend | J | T | | | | | |
| 176. -ACCENTURE PLC | A | Dividend | J | T | | | | | |
| 177. -APPLE INC | A | Dividend | K | T | | | | | |
| 178. -GOOGLE INC | A | Dividend | J | T | Buy | 10/03/13 | | | |
| 179. -FLORHAM PARK NJ 8% 2/16 | B | Dividend | L | T | | | | | |
| 180. -SALESFORCE.COM INC | A | Dividend | J | T | | | | | |
| 181. -SEMPRA ENERGY | A | Dividend | J | T | | | | | |
| 182. -WATSON PHARMACEUTICALS INC | | Dividend | J | T | | | | | |
| 183. -ZIMMER HOLDINGS INC | A | Dividend | | | Sold | 04/25/13 | K | C | |
| 184. -ISHARES MSCI EAFE INDEX FD | C | Dividend | L | T | | | | | |
| 185. -VANGUARD EXTENDED MARKET VIPERS INDEX FUND | A | Dividend | L | T | Sold (part) | 09/04/13 | L | | |
| 186. -THORNTON CO DTD | B | Interest | | | Sold | 12/13/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. -RANGELY CO SCH DIST RE 4 | B | Interest | L | T | | | | | |
| 188. -SNOWMASS IG CO | B | Interest | L | T | | | | | |
| 189. -METROPOLITAN TRANSN AUTH NY | B | Interest | L | T | | | | | |
| 190. -METRO WASTEWTR RECLAM DSTR CO | B | Interest | L | T | | | | | |
| 191. -EL PASO CTY CO REV | B | Interest | L | T | | | | | |
| 192. -BNY MELLON MUNICIPAL OPPORTUNITIES | B | Dividend | M | T | Buy (add'l) | 12/19/13 | J | | |
| 193. -BNY MELLON NATL MUNI MONEY MKT FUND | | Dividend | M | T | | | | | |
| 194. -QUALCOMM | A | Dividend | | | Sold | 07/03/13 | J | A | |
| 195. -TUALATIN HILL OR 6.21 | B | Interest | L | T | | | | | |
| 196. -DOVER CORP | A | Dividend | K | T | | | | | |
| 197. -IBM CORP | A | Dividend | J | T | | | | | |
| 198. -PROVO UTAH 4% 1/20 | B | Interest | L | T | | | | | |
| 199. -EMC CORP MASS | | Dividend | J | T | | | | | |
| 200. -BEACHWOOD OHIL 12/19 | B | Interest | L | T | | | | | |
| 201. -VERIZON COMMUNCATIONS | A | Dividend | J | T | | | | | |
| 202. -MICROSOFT TECHNOLOGY INC | A | Dividend | | | Sold | 04/25/13 | J | B | |
| 203. -TEVA PHARM | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204.  -BROADCOM | A | Dividend | | | Sold | 10/03/13 | J | | |
| 205.  -AMAZON .COM INC | A | Dividend | J | T | | | | | |
| 206.  -TERADATA CORP | | | | | Sold | 03/08/13 | J | | |
| 207.  -INTERCONTINENTAL EXCHANGE | A | Dividend | K | T | Buy | 01/18/13 | | | |
| 208.  -ADOBE SYSTEMS INC | A | Dividend | J | T | Buy | 04/25/13 | | | |
| 209.  -CELANESE CORP | A | Dividend | J | T | Buy | 04/25/13 | | | |
| 210.  -EXPRESS SCRIPTS HOLDING | A | Dividend | K | T | Buy | 04/25/13 | | | |
| 211.  -CAPITAL FINANCIAL CORP | A | Dividend | J | T | Buy | 04/25/13 | | | |
| 212.  -NUCOR CORP | A | Dividend | K | T | Buy | 04/25/13 | | | |
| 213.  -EAGLE GARFIELD 4.0% 12/22 | A | Interest | L | T | Buy | 07/03/13 | | | |
| 214.  -TAIWAN SEMICONDUCTOR | A | Dividend | J | T | Buy | 07/03/13 | | | |
| 215.  -FACEBOOK INC | A | Dividend | J | T | Buy | 08/16/13 | | | |
| 216.  -DFA EMERGING MARKETS CORE EQUITY | A | Dividend | L | T | Buy | 09/04/13 | | | |
| 217.  -ADVANTAGE GLOBAL ALPHA FUND | A | Dividend | K | T | | | | | |
| 218.  -DREYFUS HIGH YIELD FD | A | Dividend | J | T | | | | | |
| 219.  -DREYFUS EMERGING MKTS DEBT LOCAL CUR FD | A | Dividend | J | T | | | | | |
| 220.  -TCW EMERGING MKTS INCOME FUND | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 221. IRA #2 | | | | | | | | | |
| 222. -BNY MELLON INTERM BOND FUND CLASS M | B | Dividend | L | T | | | | | |
| 223. -DREYFUS PREMIER LTD TERM HIGH YIELD FD | A | Dividend | J | T | | | | | |
| 224. -AIM STIT TREASURY PORTFOLIO | A | | | | Sold | 08/13/13 | J | A | |
| 225. -ADVANTAGE GLOBAL ALPHA 1 | A | Dividend | J | T | Buy | 3/28/13 | J | | |
| 226. -BNY MELLON SMALL MID CAP FUND | A | Dividend | J | T | Buy (add'l) | 03/27/13 | J | | |
| 227. -DREYFUL DIVERSIFIED INTERNATTIONAL FUND | A | Dividend | K | T | | | | | |
| 228. -DREYFUS EMERGING MKTS DEBT FUND | A | Dividend | J | T | | | | | |
| 229. -TCWEMERGING MKTS INCOME FUND | A | Dividend | J | T | | | | | |
| 230. -DREYFUS BASIC S AND P 500 STOCK INDEX FD | B | Dividend | L | T | Buy (add'l) | 03/27/13 | J | | |
| 231. -ASG MANAGED FUTURES STRATEGY FUND | A | Dividend | J | T | | | | | |
| 232. -HIGHBRIDGE DYNAMIC COMMODITIES STRATEGY FUND | A | Dividend | | | Sold | 08/13/13 | J | A | |
| 233. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 234. -DREYFUS LARGE FUND GROWTH FUND CLASS I | A | Dividend | K | T | | | | | |
| 235. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 236. -AMERICAN STRATEGIC INCOME PORTFOLIO | A | Dividend | K | T | | | | | |
| 237. -CIT GROUP INC NEW | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. -GABELLI DIVIDEND & INCOME TRUST | A | Dividend | J | T | | | | | |
| 239. -AIM INV INVESCO VAN KAMPEN CORP BOND FD. | B | Dividend | K | T | | | | | |
| 240. -AIM INV INVESTCO VAN KAMPEN HIGH YD FD CLASS A | A | Dividend | K | T | | | | | |
| 241. -PLUM CREEK TIIMBER CO INC | A | Dividend | J | T | | | | | |
| 242. -QWEST CORP PREFERRED 7/5% 9/15/16 | A | Interest | J | T | | | | | |
| 243. -WELLSFARGO WEALTH BUILDER MODERATE BALANCE FUND | A | Dividend | K | T | | | | | |
| 244. -GENERAL ELEC CAPITAL CORP MID TERM NOTE | | | | | Sold | 04/01/13 | J | | |
| 245. -WELLS FARGO BANK (VARIOUS ACCOUNTS) | A | Interest | K | T | | | | | |
| 246. TRUST #1 | | | | | | | | | |
| 247. -SPDR S AND P 500 FD | A | Dividend | K | T | Buy (add'l) | 09/04/13 | J | B | |
| 248. -SPDR DOW JONES INDUSTRIAL AVER TRUST | A | Dividend | K | T | | | | | |
| 249. -I-SHARES MSCI EMERGING MKTS FD | A | Dividend | J | T | | | | | |
| 250. -VANGUARD EXTENDED MKT VIPERS INDX FD | A | Dividend | K | T | Sold (part) | 09/04/13 | J | A | |
| 251. -VANGUARD EMERGING MKTS FUND | A | Dividend | J | T | | | | | |
| 252. -BNY MELLON NATL INTER MUN BD FUND | A | Dividend | L | T | | | | | |
| 253. -BNY MELLON NATL MUNI MONEY MKT FD | A | Dividend | J | T | | | | | |
| 254. -BNY MELLON NAT S/T MIN BD FUND | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 255. -DREYFUS HIGH YIELD FD | A | Dividend | J | T | | | | | |
| 256. -DREYFUS EMERGING MKT DEBT LOCAL FD | A | Dividend | J | T | | | | | |
| 257. -DFA EMERGING MARKETS CORE EQUITY | D | Dividend | J | T | Buy | 0909/13 | J | | |
| 258. -TCW EMERGING MKTS INCOME FD | A | Dividend | J | T | | | | | |
| 259. TRUST #2 | | | | | | | | | |
| 260. -SPDR S&P500ETF(fnaSPDR TRust series 1) | B | Dividend | L | T | Buy (add'l) | 09/09/13 | J | | |
| 261. -COLORADO STATE BOARD OF GOVERNORS | | | | | Sold | 03/01/13 | K | A | |
| 262. -SPDR DOW JONES INDUSTRIAL AV TRUST | B | Dividend | L | T | Sold (part) | 0904/13 | K | D | |
| 263. -ISHARES MSCI EAFE INDX FD | A | Dividend | K | T | | | J | | |
| 264. -VANGUARD EXTENDED MTK VIPERS | A | Dividend | K | T | Sold (part) | 09/04/13 | J | B | |
| 265. -VANGUARD FTSE EMERGING MARKETS | B | Dividend | | | Sold | 09/04/13 | K | | |
| 266. -BNY MELLON INT MUN BD FD | C | Dividend | M | T | Buy (add'l) | 06/14/13 | J | | |
| 267. -BNY MELLONNATL MUNI MONEY MKT FD | A | Dividend | K | T | Buy (add'l) | 08/06/13 | J | | |
| 268. -TCWEMERGING MKTS INCOME FUND | A | Dividend | J | T | Buy | 06/09/13 | J | | |
| 269. -DREYFUS HIGH YIELD FUND | A | Dividend | J | T | Buy | 06/09/13 | J | | |
| 270. -DFA EMERGING MARKETS CORE EQUITY | A | Dividend | J | T | Buy | 09/09/13 | | | |
| 271. -DREYFUS EMERGING MKTS DEBT LOCAL CURRENCY FD | A | Dividend | K | T | Buy | 06/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. -VANGUARD EMERGING MKTS FUND | A | Dividend | J | T | Buy | 06/09/13 | J | | |
| 273. -BNYMELLON NATIONAL SHORT TERM MUN FUND | A | Dividend | K | T | Buy (add'l) | 08/06/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/07/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Richard B. Jackson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544